FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jul 10, 2023
OFFICE OF THE CLERK

## In the United States District Court

Western District Of Arkansas

__13th__ Division

Anthony M. Williamson

_(In the space above enter your full name and Prison ID Number, if any.  **Do not include your Social Security Number**)._

-against-

Sheriff Leroy Martin

Gran Seiger

Columbia County Jail

Jerry Maness

_(In the space above enter the full name of each Defendant)_

Case No. 23-1054

(To be filled out by Clerk's Office only)

## COMPLAINT

(_Pro Se_ Prisoner)

Jury Demand?
☐ Yes
☐ No

---

### NOTICE

**Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.**

---

## I.  PLAINTIFF INFORMATION

Anthony Marquis Williamson
Name (First, Middle, Last)                          Aliases

Prisoner ID #, if any

Columbia County Jail
Place of Detention or Incarceration

82 Columbia Road 300
Address (*If detained, facility address*)

Magnolia Columbia, Magnolia AR          7/753
County, City                     State          Zip Code

## II.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☒ Pretrial detainee

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☐ Other. Explain: _____

_____

## III.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:   ~~Williams county sheriff county~~ Mr. Leroy Martin
               Name (Last, First)

               Sheriff
               Current Job Title

               82 Columbia Road 300
               Current Work Address

               Columbia, Magnolia    AR          7/753
               County, City          State       Zip Code

Defendant 2: <u>Seiger Gean</u>
Name (Last, First)

<u>Jail Administrator</u>
Current Job Title

<u>82 Columbia Road 300</u>
Current Work Address

<u>Columbia, Magnolia AR</u>          <u>71753</u>
County, City                    State          Zip Code


Defendant 3: <u>Maness Jerry</u>
Name (Last, First)

<u>Chief Deputy</u>
Current Job Title

<u>82 Columbia Road 300</u>
Current Work Address

<u>Columbia, Magnolia AR</u>          <u>71753</u>
County, City                    State          Zip Code


Defendant 4: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City          State          Zip Code

## IV.    STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: _Columbia County Jail_

Date(s) of occurrence: _1-24-23_ through _6/26/23_

Name of Each Defendant Involved:

_Sheriff Leroy Martin_
_Columbia County Jail_

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated*:

_Conditions of Confinement. Black mold is in showers, walls, and air vents. Which is causing me to have headaches, breathing problems, irritation of skin, and mental anguish_

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _The roof of the Jail has severe leaks that has lead to black mold. Which has spread to offices, cells and the evidence room. This causes the air to be unsafe to breathe. In return has caused me to have several other problems._

What happened to you?

| | |
|---|---|
| **Who did what?** | Sheriff Martin has went to the Quorum Court in February + May to get the county to pay for a new roof. |

| | |
|---|---|
| **How were you injured?** | I have been to medical several times with different illnesses conserning headaches, boils, problems with my anxiety, food with insects, and spider bites, and metal in the beans os well. And we have documentations on these incidents as well. We also are housed with people that have been sentenced to prison + we also too Locked down 24 hrs daily. I'm always seeing people having seizures with no medical attention. |

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☑ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐ Both Official and Individual capacity

*__If you are asserting an official capacity claim__, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

Inadequate living conditions. Black mold is in showers, walls, air vents, some windows, sleeping bunks, and rust on the tables we eat on. Also there is no sink in the pod I'm being housed in. In return makes it difficult to wash my hands + brush my teeth.

**Claim Number 2:**

Place(s) of occurrence:        Columbia County Jail

Date(s) of occurrence: April 12th

Name of Each Defendant Involved:

Stephanie Ingle

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

conditions of confinement

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: I found a piece of rubber in my beans, and showed it to the sorgent on duty Stephanie Ingle.

**What happened to you?**

Stephanie Ingle took the rubber to the control booth.

**Who did what?**

**How were you injured?**

Luckly I seen it before I ate it

With regard to claim 2, are you suing Defendant(s) in his/her/their:

   ☒    Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

   ☐    Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

   ☐    Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

Food should be checked, and should be safe to eat before being served.

**Claim Number 3:**

Place(s) of
occurrence: Columbia County Jail

Date(s) of occurrence: May 13th

Name of Each Defendant Involved:

Stephanie Ingle

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Unsafe food

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _I was served spoiled beans for dinner._

| What happened to you? | |
|---|---|

| Who did what? | _Gean Seiger had the sargent on duty to serve us peanut butter sandwhiches._ |
|---|---|

| How were you injured? | _I got sick + had bad vowel movement, diarrhea, and blood in my stool._ |
|---|---|

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐ Both Official and Individual capacity

***If you are asserting an official capacity claim,*** *please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

_Food should have been checked + safe for us to eat._

## V.   RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking*:

☑   Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☑   Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☐   Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming.  Explain why you believe you are entitled to those damages.*

Compensation for my pain + suffering from headaches, breathing problems, anxiety, and mental anguish. Starting from the time I came to this jail. There has been black mold in every pod I have been in. And until this day i'm still having problems breathing while i'm sleeping, waking up in cold sweats, coughing real bad, having bad headaches often. And all honesty there is not any amount of money that can even compensate my life or health. And I also have seen people get jumped on + get badly hurt and nothing was done about it.

Since I've been in this jail, I have seen a number of people have epileptic seizures. There is no medical staff on duty. Therefore they could not recieve medical attention. I'm mentally scared for my own life. Plus mental stress from guards cursing me + other inmates out. I also have been placed in the same pod with people that has already been sentenced. Making it unsafe environment. Having constant threats of being jumped on by other inmates. Which that happens all the time. And nothing ever being done about it. This gives me nightmares + mental stress. Being on twenty four hour lock down most of the time makes it worse. Only being able to go on yard call maybe once or twice a week at the most for fifteen minutes at a time I've spent over four months straight with no yard call. I haven't seen TV since I been in this jail. So I have not had access to the world news. And at this jail there is no visitation of anykind. Adding to mental stress, I've asked several times about seeing a psychiatrist + being denied attention. I fear I will have mental breakdown or die in this jail.

## VI.   PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?   ☐ Yes   ☑ No

If yes, how many? _____

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?   ☐ Yes   ☑ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VII.   PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

6/26/23
Dated

Anthony M. Williamson
Plaintiff's Signature

Anthony Marquis Williamson
Printed Name (First, MI, Last)

174415
Prison Identification #, if any.

82 Columbia Road 300   Magnolia   AR   71753
Prison Address                       City                    State        Zip Code

Anthony Williamson 174415
Columbia County Jail
82 Columbia Rd 300
Magnolia, AR 71753-9789



MAIL ORIGINATED FROM
A DETENTION FACILITY

Received WD/AR
JUL 10 2023
U.S. Clerk's Office

Legal mail

United States District Court
Office of the Clerk
35 E Mountain Room 510
Fayetteville, AR 72701